Edip Yuksel
7913 N Roundstone Dr
Tucson, AZ 85741
(520) 481-1919



FILED ___ LODGED
RECEIVED ___ COPY

MAR 3 0 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edip Yuksel,<br><br>    Plaintiff,<br><br>v.<br><br>Twitter Inc.,<br><br>    Defendant(s). | CASE NUMBER:<br><br><br>**COMPLAINT** |

## Jurisdiction

This court has jurisdiction over this matter pursuant to The court has diversity jurisdiction according to 28 U.S. Code § 1332, since I am citizen of Arizona and Twitter, Inc. was incorporated in Delaware in April 2007 and its principal executive offices are located at 1355 Market Street, Suite 900, San Francisco, California 94103, and its telephone number is (415) 222-9670. §§ 1. Breach of contract. 2. Racketeer Influenced and Corrupt Organizations (RICO) Act. . The plaintiff is a resident of Tucson, Pima County, AZ and a citizen of the United States. The defendant, Twitter, Inc, is a resident of San Francisco, CA, and a citizen of the United States. The cause of action arose in the Tucson division.

## Complaint

I am an internationally known author and human rights activist, and my political views are mostly progressive. I have powerful cases against both Twitter and YouTube, which involve their international corrupt deal with the Turkish government.

These social media monopolies are in violation of their own contract and risking the lives and freedoms of American citizens for receiving favors from corrupt and authoritarian world leaders.

TWITTER

On April 6, 2020, Twitter permanently suspended my account without any specific reason despite my appeal several times. I have evidence that Twitter deleted my account to appease Recep Tayyip

1

Erdogan, the Turkish dictator who was my former friend and comrade. To give you an idea, here is one of my appeals to Twitter:

> 4 May 2020
>
> Dear Twitter staff: Almost a month ago my twitter account with 142K followers was suspended. Twitter has become my number one source of news; and I missed it. I am not given any reason for suspension, but I suspect that I used some strong words (never obscenities and never threats) for the ruling party AKP, which I and many consider to be corrupt and fascist. I was informed by some of my followers and friends that AKP trolls such as Ottoman Hacks, were celebrating their victory. Turkey is listed as "partially-free" by human rights organizations. For instance:
>
> - Turkey No Longer Free Country according to Global Rights Report
>   https://www.telegraph.co.uk/news/2018/01/16/turkey-no-longer-free-country-according-global-rights-report/
> - Freedom House Country Report on Turkey
>   https://freedomhouse.org/country/turkey
> - Turkey's Elections Partially Free, Fair and Fake.
>   https://www.cfr.org/blog/turkeys-elections-partially-free-fair-and-fake
>
> I will be more careful regarding my word choice in my tweets related to politics and religion. I would appreciate if you unsuspend my tweet.
>
> PS:
>
> - Analysis of June 2020 Twitter takedowns linked to China, Russia,
>   https://cyber.fsi.stanford.edu/io/news/june-2020-twitter-takedown
> - Turkey Disclosing networks of state-linked information operations we've removed,
>   https://blog.twitter.com/en_us/topics/company/2020/information-operations-june-2020.html

Your honor, Twitter caused me harm in many ways without justification:

1. Sold me to a dictator who filed lawsuit against 36,066 dissidents, including me, in 2019 alone.
2. Suspended my account. Did not provide me with a specific reason nor gave me chance to defend myself against the unknown charge.
3. Destroyed all the intellectual content I had created in 7 years.

2

4.  Cut my connections from more than 142,000 followers and prominent contacts I had built and fostered in 7 years.
5.  Harmed my public image and reputation since many of my followers and readers thought I had blocked them intentionally.

Your Honor: With the court's permission, I would like to include YouTube in the lawsuit, since YouTube too has been selling us to dictators and in this case to a popular Turkish clergyman who issued death fatwa against me.

YOUTUBE As for YouTube, it deleted my video responding to a popular Turkish religious cleric, Cübbeli Ahmet, with strong ties to Recep Tayyip Erdogan. The clergyman, in one of his televised talks, issued a death fatwa against me through a false story attributed to my father who was the top Sunni clergyman in Turkey. His death fatwa against me was then published at his foundation's YouTube channel. I responded to his cowardly and bloody call and published it at my YouTube channel. I defended my right for freedom of speech and my right to life. Since I quoted his YouTube video encouraging my assassination, my video defending my life was deemed violating the copyright of the clergymen who wanted me to be killed. YouTube deemed the bloody clergyman's copyright more valuable than my liferight. By an American corporation. Here is a link to one of his videos (which is published in other channels too) declaring me a "Mürtet" (heretic, apostate) who deserve to be killed. The title of the video in English, "Our master Sadrettin was a Jihadi who did not spare his own son." Sadrettin Hoca Mürted Olan Oğluna Bile Taviz Vermeyen Bir Mücahitti.

## Demand

1. Reinstate my Twitter account @edipyuksel
2. Pay $142 Million for breach of contract and punitive damages.
3. Stop serving corrupt dictators and stop selling US citizens for money.

**Damages: $$142,000,000 (One Hundred Forty-Two Million Dollars)** For each of my followers on Twitter, I ask for 1,000 (One Thousand Dollars). Twitter is making billions of dollars from users' content and connections. Users should have leverage. Leaving customers to the mercy of a corporation does not serve the society. This amount may send a message to the company not to breach its contract to appease dictators. The Plaintiff wants a trial by jury.

Date: 3/30/2021

Signature of Pro Se Plaintiff
Edip Yuksel
7913 N Roundstone Dr
Tucson, AZ 85741
(520) 481-1919

3